■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELINDA MORALES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Slavin, J.), rendered November 15, 1988, convicting her of criminal possession of a controlled substance in the fourth degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Brown, Balletta, Miller and O'Brien, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT NAPPI, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Queens County (Demakos, J.), both rendered October 16, 1987, convicting him of manslaughter in the first degree under indictment No. 266/86, and criminal possession of a weapon in the third degree under indictment No. 293/86, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

The record of the plea proceedings reveals that the defendant knowingly and voluntarily waived his right to challenge the suppression ruling on appeal *(see, People v Seaberg,* 74 NY2d 1; *People v Williams,* 36 NY2d 829, *cert denied* 423 US 873). Mangano, P. J., Kunzeman, Kooper, Sullivan and Ritter, JJ., concur.